IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Tequan Lateek Brown, ) | |
| ) | Civil Action No. 0:14-1300-TMC-PJG |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Colleton County Sheriff's Office; Colleton ) | |
| County Jail; Lesley Jamison; Nyle Eltzroth; ) | |
| Fourteenth Circuit Solicitor's Office; ) | |
| Tameaka Legette; Colleton County ) | |
| Solicitor's Office, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff a state prisoner proceeding pro se, brought this action pursuant to 42 U.S.C. § 1983. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, DSC., this matter was referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the court dismiss the complaint, without prejudice and without issuance and service of process, as to Colleton County Jail, Fourteenth Circuit Solicitor's Office, Tameaka Legette, and Colleton County Solicitor's Office. (ECF No. 15.) Although advised of his right to do so, Plaintiff has not filed any objections to the Report and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the court finds no clear error and, thus, adopts the Report (ECF No. 15) and incorporates it herein. Therefore, the complaint is **DISMISSED** as to Colleton County Jail, Fourteenth Circuit Solicitor's Office, Tameaka Legette, and Colleton County Solicitor's Office, without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

June 30, 2014
Anderson, South Carolina